



## Extraction Report - Apple iCloud (Backup)

## Summary

| | |
|---|---|
| UFED Physical Analyzer version | 7.29.0.152 |
| Report creation time | 6/18/20 13:55:16 -04:00 |
| Time zone settings (UTC) | (UTC-05:00) New_York (America) |
| Examiner name | W Watson |

## Source Extraction

| Legacy (1) | |
|---|---|
| Selected manufacturer | Apple |
| Selected device name | ICLOUD_BACKUP |
| **Legacy (2)** | |
| Selected manufacturer | Apple |
| Selected device name | ICLOUD_BACKUP |

## Plugins

| # | Name | Author | Version |
|---|---|---|---|
| 1 | UFED Logical Report Reader<br>Reads the report generated by the UFED | Cellebrite | 2.0 |
| 2 | Physical Analyzer Report Reader<br>Reads report generated by the Physical Analyzer | Cellebrite | 2.0 |
| 3 | Pre Project | | |
| 4 | Garbage Cleaner | | |
| 5 | Project Processor Finisher | | |
| 6 | Post Project | | |

## Contents

| Type | Included in report | | Total | |
|---|---|---|---|---|
| Chats | 878 | (598 Deleted) | 878 | (598 Deleted) |
| iMessage | 5 | | 5 | |
| Native | 5 | | 5 | |
| iMessage: +1 | 1 | (1 Deleted) | 1 | (1 Deleted) |
| Native | 1 | (1 Deleted) | 1 | (1 Deleted) |
| iMessage: +17703311 | 1 | (1 Deleted) | 1 | (1 Deleted) |
| Native | 1 | (1 Deleted) | 1 | (1 Deleted) |
| iMessage: +17703311835 | 870 | (595 Deleted) | 870 | (595 Deleted) |
| Native | 870 | (595 Deleted) | 870 | (595 Deleted) |
| iMessage: +177033118v | 1 | (1 Deleted) | 1 | (1 Deleted) |
| Native | 1 | (1 Deleted) | 1 | (1 Deleted) |
| MMS Messages | 172 | (24 Deleted) | 172 | (24 Deleted) |
| SMS Messages | 3671 | (2 Deleted) | 3671 | (2 Deleted) |
| Data Files | 111 | | 111 | |
| Text | 111 | | 111 | |

EX. C ISO MOT. TO STRIKE DMYTRUK DECLARATION



| 47 | | Deleted |
|---|---|---|

**Start Time:** 7/26/18 14:49:48(UTC-4)
**Last Activity:** 7/26/18 14:49:48(UTC-4)
**Number of attachments:** 0
**Source:** iMessage: +17703311835
**Source Extraction:** Legacy (2)
**Body file:** chat-48.txt

Participants:

+17703311835
Kirt Dmytruk* (owner)

+12815075939

---

+12815075939

Good afternoon! I know u r very busy so please share Jamie's number so that I can work with her fr temporary  accommodation . I hope it is ok with u.
**Status:** Unread

7/26/18 14:49:48(UTC-4)

Source Extraction:
Legacy (2)

| 48 | | Deleted |
|---|---|---|

**Start Time:** 7/26/18 10:38:18(UTC-4)
**Last Activity:** 7/26/18 10:38:18(UTC-4)
**Number of attachments:** 0
**Source:** iMessage: +17703311835
**Source Extraction:** Legacy (2)
**Body file:** chat-49.txt

Participants:

+17703311835
Kirt Dmytruk* (owner)

---

+17703311835 Kirt Dmytruk

Dmytruk@bellsouth.net
**Status:** Sent
**Delivered:** 7/26/18 10:38:17(UTC-4)
**Read:** 7/26/18 10:38:39(UTC-4)

7/26/18 10:38:18(UTC-4)

Source Extraction:
Legacy (2)

| 49 | | Deleted |
|---|---|---|

**Start Time:** 7/26/18 10:04:56(UTC-4)
**Last Activity:** 7/26/18 10:04:56(UTC-4)
**Number of attachments:** 0
**Source:** iMessage: +17703311835
**Source Extraction:** Legacy (2)
**Body file:** chat-50.txt

Participants:

+17703311835
Kirt Dmytruk* (owner)

+19045837757
Jeff Siebenaller*

EX. C ISO MOT. TO STRIKE DMYTRUK DECLARATION

+17703311835 Kirt Dmytruk

**Great, thank you!**

**Status:** Sent
**Delivered:** 7/23/18 16:38:30(UTC-4)

7/23/18 16:38:21(UTC-4)

Source Extraction:
Legacy (2)

| 60 | **Start Time:** 7/23/18 15:04:43(UTC-4)<br>**Last Activity:** 7/23/18 15:04:43(UTC-4)<br>**Number of attachments:** 0<br>**Source:** iMessage: +17703311835<br>**Source Extraction:** Legacy (2)<br>**Body file:** chat-61.txt<br><br>Participants:<br><br>+17703311835<br>Kirt Dmytruk* (owner) | Deleted |

Unknown

**Docs coming today. Final versions are on Hemant's desk for his OK**

**Status:** Read
**Read:** 7/23/18 16:38:14(UTC-4)

7/23/18 15:04:43(UTC-4)

Source Extraction:
Legacy (2)

| 61 | **Start Time:** 7/21/18 17:09:37(UTC-4)<br>**Last Activity:** 7/21/18 17:09:37(UTC-4)<br>**Number of attachments:** 0<br>**Source:** iMessage: +17703311835<br>**Source Extraction:** Legacy (2)<br>**Body file:** chat-62.txt<br><br>Participants:<br><br>+17703311835<br>Kirt Dmytruk* (owner)<br><br><br>+12815075939 | Deleted |

+12815075939

**There are left over paint in the garage so that we have.**

**Status:** Read
**Read:** 7/21/18 18:10:26(UTC-4)

7/21/18 17:09:37(UTC-4)

Source Extraction:
Legacy (2)

EX. C ISO MOT. TO STRIKE DMYTRUK DECLARATION



62

**Start Time:** 7/21/18 17:09:10(UTC-4)
**Last Activity:** 7/21/18 17:09:10(UTC-4)
**Number of attachments:** 0
Source: iMessage: +17703311835
**Source Extraction:** Legacy (2)
**Body file:** chat-63.txt

Participants:

+17703311835
Kirt Dmytruk* (owner)

+12815075939

Deleted



+12815075939

Waiting fr u to sign the amendment.
**Status:** Read
**Read:** 7/21/18 18:10:26(UTC-4)

7/21/18 17:09:10(UTC-4)

Source Extraction:
Legacy (2)

63

**Start Time:** 7/21/18 16:12:21(UTC-4)
**Last Activity:** 7/21/18 16:12:21(UTC-4)
**Number of attachments:** 0
Source: iMessage: +17703311835
**Source Extraction:** Legacy (2)
**Body file:** chat-64.txt

Participants:

+17703311835
Kirt Dmytruk* (owner)

+12815075939

Deleted



+12815075939

If ok with u!!
**Status:** Read
**Read:** 7/21/18 16:52:20(UTC-4)

7/21/18 16:12:21(UTC-4)

Source Extraction:
Legacy (2)

64

**Start Time:** 7/20/18 21:18:13(UTC-4)
**Last Activity:** 7/20/18 21:18:13(UTC-4)
**Number of attachments:** 0
Source: iMessage: +17703311835
**Source Extraction:** Legacy (2)
**Body file:** chat-65.txt

Participants:

+17703311835
Kirt Dmytruk* (owner)

+12815075939

Deleted



EX. C ISO MOT. TO STRIKE DMYTRUK DECLARATION



| 71 | **Start Time:** 7/19/18 23:41:45(UTC-4)<br>**Last Activity:** 7/19/18 23:41:45(UTC-4)<br>**Number of attachments:** 0<br>**Source:** iMessage: +17703311835<br>**Source Extraction:** Legacy (2)<br>**Body file:** chat-72.txt | Deleted |

Participants:

+17703311835
Kirt Dmytruk* (owner)

+12815075939

---

+12815075939

Pls sign the amendment just sent to u with the new repair request.
**Status:** Read
**Read:** 7/19/18 23:41:49(UTC-4)

7/19/18 23:41:45(UTC-4)

Source Extraction:
Legacy (2)

| 72 | **Start Time:** 7/19/18 14:44:42(UTC-4)<br>**Last Activity:** 7/19/18 14:44:42(UTC-4)<br>**Number of attachments:** 1<br>**Source:** iMessage: +17703311835<br>**Source Extraction:** Legacy (1)<br>**Body file:** chat-73.txt | Intact |

Participants:

+17703311835
Kirt Dmytruk* (owner)

+14074217073

---



+14074217073

Attachments:

Size: 330882
File name: Image-1.jpg
Image-1.jpg

**Status:** Read
**Read:** 7/19/18 17:07:14(UTC-4)

7/19/18 14:44:42(UTC-4)

Source Extraction:
Legacy (1)

EX. C ISO MOT. TO STRIKE DMYTRUK DECLARATION



+17703311835 Kirt Dmytruk

GN

**Status:** Sent

**Delivered:** 7/11/18 23:12:26(UTC-4)

7/11/18 23:12:24(UTC-4)

Source Extraction:
Legacy (2)

| | | |
|---|---|---|
| 119 | **Start Time:** 7/11/18 23:12:23(UTC-4)<br>**Last Activity:** 7/11/18 23:12:23(UTC-4)<br>**Number of attachments:** 0<br>**Source:** iMessage: +17703311835<br>**Source Extraction:** Legacy (2)<br>**Body file:** chat-120.txt<br>**Participants:**<br>+17703311835<br>Kirt Dmytruk* (owner) | Deleted |

+17703311835 Kirt Dmytruk

Okay, great.

**Status:** Sent

**Delivered:** 7/11/18 23:12:23(UTC-4)

7/11/18 23:12:23(UTC-4)

Source Extraction:
Legacy (2)

| | | |
|---|---|---|
| 120 | **Start Time:** 7/11/18 23:12:21(UTC-4)<br>**Last Activity:** 7/11/18 23:12:21(UTC-4)<br>**Number of attachments:** 0<br>**Source:** iMessage: +17703311835<br>**Source Extraction:** Legacy (2)<br>**Body file:** chat-121.txt<br>**Participants:**<br>+17703311835<br>Kirt Dmytruk* (owner)<br>+12815075939 | Deleted |

+12815075939

Gn!

**Status:** Read

**Read:** 7/11/18 23:12:22(UTC-4)

7/11/18 23:12:21(UTC-4)

Source Extraction:
Legacy (2)

| 121 | **Start Time:** 7/11/18 23:12:09(UTC-4)<br>**Last Activity:** 7/11/18 23:12:09(UTC-4)<br>**Number of attachments:** 0<br>**Source:** iMessage: +17703311835<br>**Source Extraction:** Legacy (2)<br>**Body file:** chat-122.txt | Deleted |
|---|---|---|

Participants:

+17703311835
Kirt Dmytruk* (owner)

+12815075939



+12815075939

Yes ! Sounds like a plan.
**Status:** Read
**Read:** 7/11/18 23:12:16(UTC-4)

7/11/18 23:12:09(UTC-4)

Source Extraction:
Legacy (2)

| 122 | **Start Time:** 7/11/18 23:11:34(UTC-4)<br>**Last Activity:** 7/11/18 23:11:34(UTC-4)<br>**Number of attachments:** 0<br>**Source:** iMessage: +17703311835<br>**Source Extraction:** Legacy (2)<br>**Body file:** chat-123.txt | Deleted |
|---|---|---|

Participants:

+17703311835
Kirt Dmytruk* (owner)

+17703311835 Kirt Dmytruk

That's perfect!  11am CST?  Also, please confirm when the checks arrive.  Thank you!
**Status:** Sent
**Delivered:** 7/11/18 23:11:36(UTC-4)

7/11/18 23:11:34(UTC-4)

Source Extraction:
Legacy (2)

| 123 | **Start Time:** 7/11/18 23:10:58(UTC-4)<br>**Last Activity:** 7/11/18 23:10:58(UTC-4)<br>**Number of attachments:** 0<br>**Source:** iMessage: +17703311835<br>**Source Extraction:** Legacy (2)<br>**Body file:** chat-124.txt | Deleted |
|---|---|---|

Participants:

+17703311835
Kirt Dmytruk* (owner)

+12815075939

EX. C ISO MOT. TO STRIKE DMYTRUK DECLARATION



+12815075939

I am also expecting the checks to b here by tomorrow.

**Status:** Read
**Read:** 7/11/18 23:10:59(UTC-4)

7/11/18 23:10:58(UTC-4)

Source Extraction:
Legacy (2)

| 124 | **Start Time:** 7/11/18 12:05:41(UTC-4)<br>**Last Activity:** 8/7/18 17:10:43(UTC-4)<br>**Number of attachments:** 1<br>**Source:** iMessage: +17703311835<br>**Source Extraction:** Legacy (1)<br>**Body file:** chat-125.txt | Intact |
|-----|---|---|

Participants:

+17703311835
Kirt Dmytruk* (owner)

+17138587488

+17138587488

Kirt, are you still interested in getting another opinion and quote for your mortgage ?

**Status:** Read
**Read:** 7/11/18 13:22:25(UTC-4)

7/11/18 12:05:41(UTC-4)

Source Extraction:
Legacy (1)

+17703311835 Kirt Dmytruk

Yes, sorry, I have been traveling but will call you later today.

**Status:** Sent
**Delivered:** 7/11/18 13:22:43(UTC-4)

7/11/18 13:22:39(UTC-4)

Source Extraction:
Legacy (1)

+17138587488

Sounds good. Thanks Kirt

**Status:** Read
**Read:** 7/11/18 13:26:39(UTC-4)

7/11/18 13:23:56(UTC-4)

Source Extraction:
Legacy (1)

+17138587488

Did you receive my email from yesterday?

**Status:** Read
**Read:** 7/12/18 13:06:35(UTC-4)

7/12/18 12:41:09(UTC-4)

Source Extraction:
Legacy (1)

EX. C ISO MOT. TO STRIKE DMYTRUK DECLARATION

+17703311835 Kirt Dmytruk

Yes, thank you.  I will get it filed out ASAP

**Status:** Sent
**Delivered:** 7/12/18 13:06:50(UTC-4)

7/12/18 13:06:47(UTC-4)

Source Extraction:
Legacy (1)

+17138587488

You think you will have enough time this weekend to complete the application so we can get working on it first thing Monday morning?

**Status:** Read
**Read:** 7/14/18 14:27:25(UTC-4)

7/14/18 14:25:16(UTC-4)

Source Extraction:
Legacy (1)

+17703311835 Kirt Dmytruk

Yes, for sure.

**Status:** Sent
**Delivered:** 7/14/18 14:27:34(UTC-4)

7/14/18 14:27:33(UTC-4)

Source Extraction:
Legacy (1)

+17138587488

Ok good. Call me if you have questions while filling it out

**Status:** Read
**Read:** 7/14/18 16:42:17(UTC-4)

7/14/18 14:39:51(UTC-4)

Source Extraction:
Legacy (1)

+17703311835 Kirt Dmytruk

Will do.  Thanks for your help!

**Status:** Sent
**Delivered:** 7/14/18 16:42:28(UTC-4)

7/14/18 16:42:27(UTC-4)

Source Extraction:
Legacy (1)

+17138587488

Will you remember the online application? The sellers are getting nervous that you have not started the financing process yet

**Status:** Read
**Read:** 7/16/18 11:43:00(UTC-4)

7/16/18 11:42:56(UTC-4)

Source Extraction:
Legacy (1)

EX. C ISO MOT. TO STRIKE DMYTRUK DECLARATION

+17703311835 Kirt Dmytruk

Yes, I started it this weekend and it's done with a few exceptions.  I just missing some account numbers.
**Status:** Sent
**Delivered:** 7/16/18 11:43:35(UTC-4)

7/16/18 11:43:34(UTC-4)

Source Extraction:
Legacy (1)

+17138587488

Anything that is missing, we can fill in later after you submit
**Status:** Read
**Read:** 7/16/18 11:48:55(UTC-4)

7/16/18 11:48:50(UTC-4)

Source Extraction:
Legacy (1)

+17703311835 Kirt Dmytruk

Okay
**Status:** Sent
**Delivered:** 7/16/18 11:49:04(UTC-4)

7/16/18 11:49:03(UTC-4)

Source Extraction:
Legacy (1)

+17138587488

What time are you free to talk today?
**Status:** Read
**Read:** 7/16/18 13:59:22(UTC-4)

7/16/18 13:59:06(UTC-4)

Source Extraction:
Legacy (1)

+17703311835 Kirt Dmytruk

On a call but can call you when I'm off.
**Status:** Sent
**Delivered:** 7/16/18 13:59:44(UTC-4)

7/16/18 13:59:43(UTC-4)

Source Extraction:
Legacy (1)

+17138587488

Yes that works. We have a few questions on the application for you
**Status:** Read
**Read:** 7/16/18 14:13:06(UTC-4)

7/16/18 14:13:01(UTC-4)

Source Extraction:
Legacy (1)

EX. C ISO MOT. TO STRIKE DMYTRUK DECLARATION

+17703311835 Kirt Dmytruk

Sure thing

**Status:** Sent
**Delivered:** 7/16/18 14:13:13(UTC-4)

7/16/18 14:13:13(UTC-4)

Source Extraction:
Legacy (1)

+17138587488

Are you able to send me your employment letter so I can complete your pre qualification?

**Status:** Read
**Read:** 7/17/18 10:24:36(UTC-4)

7/17/18 10:11:12(UTC-4)

Source Extraction:
Legacy (1)

+17703311835 Kirt Dmytruk

Yes, I have asked the company to send completed offer

**Status:** Sent
**Delivered:** 7/17/18 10:25:11(UTC-4)

7/17/18 10:25:10(UTC-4)

Source Extraction:
Legacy (1)

+17138587488

Can you send me the "Draft" copy you have for now?

**Status:** Read
**Read:** 7/18/18 11:11:15(UTC-4)

7/18/18 10:58:14(UTC-4)

Source Extraction:
Legacy (1)

+17703311835 Kirt Dmytruk

I just received the final, so we are good to go.

**Status:** Sent
**Delivered:** 7/18/18 11:11:34(UTC-4)

7/18/18 11:11:34(UTC-4)

Source Extraction:
Legacy (1)

+17138587488

Are you going to email it to me

**Status:** Read
**Read:** 7/18/18 11:11:57(UTC-4)

7/18/18 11:11:50(UTC-4)

Source Extraction:
Legacy (1)

EX. C ISO MOT. TO STRIKE DMYTRUK DECLARATION

+17703311835 Kirt Dmytruk

Yes

**Status:** Sent

**Delivered:** 7/18/18 11:12:01(UTC-4)

7/18/18 11:12:00(UTC-4)

Source Extraction:
Legacy (1)

+17138587488

Thanks Kirt

**Status:** Read

**Read:** 7/18/18 23:08:30(UTC-4)

7/18/18 11:12:17(UTC-4)

Source Extraction:
Legacy (1)

+17703311835 Kirt Dmytruk

Just landing

**Status:** Sent

**Delivered:** 7/18/18 17:48:33(UTC-4)

7/18/18 17:48:32(UTC-4)

Source Extraction:
Legacy (1)

+17138587488

Wil you call me when you have a few minutes to talk

**Status:** Read

**Read:** 7/18/18 23:08:30(UTC-4)

7/18/18 17:49:08(UTC-4)

Source Extraction:
Legacy (1)

+17138587488

Received your employment letter. Is it too early for me to call you?

**Status:** Read

**Read:** 7/19/18 12:28:56(UTC-4)

7/19/18 09:10:15(UTC-4)

Source Extraction:
Legacy (1)

+17138587488

Are you still getting us the financial docs tonight?

**Status:** Read

**Read:** 7/23/18 16:38:24(UTC-4)

7/23/18 15:59:40(UTC-4)

Source Extraction:
Legacy (1)

EX. C ISO MOT. TO STRIKE DMYTRUK DECLARATION

+17703311835 Kirt Dmytruk

Yes, we are flying home late tonight.  Thanks!

**Status:** Sent
**Delivered:** 7/23/18 16:38:46(UTC-4)

7/23/18 16:38:44(UTC-4)

Source Extraction:
Legacy (1)

+17138587488

Thanks Kirt

**Status:** Read
**Read:** 7/23/18 17:21:34(UTC-4)

7/23/18 16:44:10(UTC-4)

Source Extraction:
Legacy (1)

+17138587488

Would you like for us to stop the loan process and appraisal for now until you decide what you are going to do?

**Status:** Read
**Read:** 7/24/18 20:08:46(UTC-4)

7/24/18 19:39:39(UTC-4)

Source Extraction:
Legacy (1)

+17703311835 Kirt Dmytruk

No, we are full speed ahead.  We were delayed last night and just getting back in FL

**Status:** Sent
**Delivered:** 7/24/18 20:10:26(UTC-4)

7/24/18 20:10:23(UTC-4)

Source Extraction:
Legacy (1)

+17138587488

Ok great. Are you able to send in the requested documents this morning ?

**Status:** Read
**Read:** 7/25/18 13:35:53(UTC-4)

7/25/18 06:52:22(UTC-4)

Source Extraction:
Legacy (1)

EX. C ISO MOT. TO STRIKE DMYTRUK DECLARATION



+17138587488

Here's my First Financial app with the tools you need:
https://ffbmortgage.simplenexus.com/b4ap3 Tap to install -Jayden Andrew Slentz

**Attachments:**

Size: 508742
File name: image.png
image.png

**Status:** Read
**Read:** 7/25/18 13:35:53(UTC-4)

7/25/18 13:35:40(UTC-4)

Source Extraction:
Legacy (1)

+17703311835 Kirt Dmytruk

Thanks!
**Status:** Sent
**Delivered:** 7/25/18 13:36:01(UTC-4)

7/25/18 13:35:59(UTC-4)

Source Extraction:
Legacy (1)

+17703311835 Kirt Dmytruk

Landed and downloading app and my cpa just emailed me all tax info.  Will send to you
**Status:** Sent
**Delivered:** 7/25/18 17:41:14(UTC-4)

7/25/18 17:41:12(UTC-4)

Source Extraction:
Legacy (1)

+17138587488

Are you going to also send the signed documents ?
**Status:** Read
**Read:** 7/27/18 13:10:41(UTC-4)

7/27/18 13:10:27(UTC-4)

Source Extraction:
Legacy (1)

+17138587488

I received everything else
**Status:** Read
**Read:** 7/27/18 13:10:41(UTC-4)

7/27/18 13:10:32(UTC-4)

Source Extraction:
Legacy (1)

EX. C ISO MOT. TO STRIKE DMYTRUK DECLARATION



+17703311835 Kirt Dmytruk

I did already
Status: Sent
Delivered: 7/27/18 13:10:50(UTC-4)

7/27/18 13:10:49(UTC-4)

Source Extraction:
Legacy (1)

+17703311835 Kirt Dmytruk

Did you receive it yet?
Status: Sent
Delivered: 7/27/18 13:10:56(UTC-4)

7/27/18 13:10:55(UTC-4)

Source Extraction:
Legacy (1)

+17138587488

Not those I didn't. Did you email them?
Status: Read
Read: 7/27/18 13:11:30(UTC-4)

7/27/18 13:11:30(UTC-4)

Source Extraction:
Legacy (1)

+17703311835 Kirt Dmytruk

Sent via email
Status: Sent
Delivered: 7/27/18 13:11:35(UTC-4)

7/27/18 13:11:34(UTC-4)

Source Extraction:
Legacy (1)

+17703311835 Kirt Dmytruk

I will try again
Status: Sent
Delivered: 7/27/18 13:11:40(UTC-4)

7/27/18 13:11:38(UTC-4)

Source Extraction:
Legacy (1)

+17703311835 Kirt Dmytruk

Please check again, I received it this time, I ccd myself.
Status: Sent
Delivered: 7/27/18 13:14:23(UTC-4)

7/27/18 13:14:21(UTC-4)

Source Extraction:
Legacy (1)

EX. C ISO MOT. TO STRIKE DMYTRUK DECLARATION

+17703311835 Kirt Dmytruk

Did you receive it?  Thanks!

**Status:** Sent

**Delivered:** 7/27/18 13:20:58(UTC-4)

7/27/18 13:20:56(UTC-4)

Source Extraction:
Legacy (1)

+17138587488

Yes

**Status:** Read

**Read:** 7/27/18 13:21:30(UTC-4)

7/27/18 13:21:09(UTC-4)

Source Extraction:
Legacy (1)

+17703311835 Kirt Dmytruk

Okay, great!

**Status:** Sent

**Delivered:** 7/27/18 13:21:39(UTC-4)

7/27/18 13:21:38(UTC-4)

Source Extraction:
Legacy (1)

+17138587488

Did you get that email yesterday from Nolan?

**Status:** Read

**Read:** 8/1/18 11:45:49(UTC-4)

8/1/18 11:30:40(UTC-4)

Source Extraction:
Legacy (1)

+17703311835 Kirt Dmytruk

Sorry, yes and I will take care of it today.  I have been spending time on the phone with new company and lawyers for the last two days trying to get the paperwork corrected.

**Status:** Sent

**Delivered:** 8/1/18 11:47:11(UTC-4)

8/1/18 11:47:09(UTC-4)

Source Extraction:
Legacy (1)

+17138587488

Please do. We need it as soon as possible to we can close on time.

**Status:** Read

**Read:** 8/1/18 15:46:41(UTC-4)

8/1/18 15:33:12(UTC-4)

Source Extraction:
Legacy (1)

EX. C ISO MOT. TO STRIKE DMYTRUK DECLARATION

+17703311835 Kirt Dmytruk

I will today.  Thank you again!

**Status:** Sent
**Delivered:** 8/1/18 15:46:54(UTC-4)

8/1/18 15:46:52(UTC-4)

Source Extraction:
Legacy (1)

+17138587488

You have time this morning to reply to that email?

**Status:** Read
**Read:** 8/2/18 10:57:26(UTC-4)

8/2/18 09:07:08(UTC-4)

Source Extraction:
Legacy (1)

+17138587488

Your appraisal will be in today and we need to get everything turned in so we can make the closing date

**Status:** Read
**Read:** 8/2/18 10:57:26(UTC-4)

8/2/18 09:29:13(UTC-4)

Source Extraction:
Legacy (1)

+17138587488

Appraisal is in. It appraised for $1,650,000

**Status:** Read
**Read:** 8/2/18 10:57:26(UTC-4)

8/2/18 10:50:16(UTC-4)

Source Extraction:
Legacy (1)

+17703311835 Kirt Dmytruk

Perfect!  Just finishing meetings.  I was worried about the appraisal.

**Status:** Sent
**Delivered:** 8/2/18 10:57:53(UTC-4)

8/2/18 10:57:52(UTC-4)

Source Extraction:
Legacy (1)

+17138587488

You have time this evening to get us the info in Nolan's email?

**Status:** Read
**Read:** 8/2/18 20:16:41(UTC-4)

8/2/18 19:56:10(UTC-4)

Source Extraction:
Legacy (1)

EX. C ISO MOT. TO STRIKE DMYTRUK DECLARATION



**+17703311835 Kirt Dmytruk**

Yes, I will work on it tonight.
Status: Sent
Delivered: 8/2/18 20:16:53(UTC-4)

8/2/18 20:16:51(UTC-4)

Source Extraction:
Legacy (1)

**+17138587488**

Can you talk ?
Status: Read
Read: 8/7/18 17:08:11(UTC-4)

8/7/18 17:08:07(UTC-4)

Source Extraction:
Legacy (1)

**+17703311835 Kirt Dmytruk**

Just called you
Status: Sent
Delivered: 8/7/18 17:10:45(UTC-4)

8/7/18 17:10:43(UTC-4)

Source Extraction:
Legacy (1)

| 125 | Start Time: 7/10/18 20:32:33(UTC-4)<br>Last Activity: 7/10/18 20:32:33(UTC-4)<br>Number of attachments: 0<br>Source: iMessage: +17703311835<br>Source Extraction: Legacy (2)<br>Body file: chat-126.txt<br><br>Participants:<br><br>+17703311835<br>Kirt Dmytruk* (owner) | Deleted |
|---|---|---|

**+17703311835 Kirt Dmytruk**

Sounds good.
Status: Sent
Delivered: 7/10/18 20:32:36(UTC-4)

7/10/18 20:32:33(UTC-4)

Source Extraction:
Legacy (2)

| 126 | Start Time: 7/10/18 20:31:27(UTC-4)<br>Last Activity: 7/10/18 20:31:27(UTC-4)<br>Number of attachments: 0<br>Source: iMessage: +17703311835<br>Source Extraction: Legacy (2)<br>Body file: chat-127.txt<br><br>Participants:<br><br>+17703311835<br>Kirt Dmytruk* (owner) | Deleted |
|---|---|---|

EX. C ISO MOT. TO STRIKE DMYTRUK DECLARATION



**Unknown**

Nothing yet. Will keep you posted.

**Status:** Read
**Read:** 7/10/18 20:31:30(UTC-4)

7/10/18 20:31:27(UTC-4)

Source Extraction:
Legacy (2)

| 127 | **Start Time:** 7/10/18 13:25:12(UTC-4)<br>**Last Activity:** 7/10/18 13:25:12(UTC-4)<br>**Number of attachments:** 0<br>**Source:** iMessage: +17703311835<br>**Source Extraction:** Legacy (2)<br>**Body file:** chat-128.txt<br><br>Participants:<br><br>+17703311835<br>Kirt Dmytruk* (owner) | Deleted |

**+17703311835 Kirt Dmytruk**

Perfect, I'm glad it went through this time.

**Status:** Sent
**Delivered:** 7/10/18 13:25:14(UTC-4)

7/10/18 13:25:12(UTC-4)

Source Extraction:
Legacy (2)

| 128 | **Start Time:** 7/10/18 12:16:53(UTC-4)<br>**Last Activity:** 7/10/18 12:16:53(UTC-4)<br>**Number of attachments:** 0<br>**Source:** iMessage: +17703311835<br>**Source Extraction:** Legacy (2)<br>**Body file:** chat-129.txt<br><br>Participants:<br><br>+17703311835<br>Kirt Dmytruk* (owner)<br><br><br>+12815075939 | Deleted |

**+12815075939**

Pls let me know when u have finished signing as we had some problems before. Have not received it yet.

**Status:** Read
**Read:** 7/10/18 12:18:11(UTC-4)

7/10/18 12:16:53(UTC-4)

Source Extraction:
Legacy (2)

EX. C ISO MOT. TO STRIKE DMYTRUK DECLARATION



129

Start Time: 7/10/18 10:17:26(UTC-4)
Last Activity: 7/10/18 10:17:26(UTC-4)
Number of attachments: 0
Source: iMessage: +17703311835
Source Extraction: Legacy (2)
Body file: chat-130.txt

Participants:

    +17703311835
    Kirt Dmytruk* (owner)

    +12815075939

Deleted

---

⊗    +12815075939

Just se t u a new one!

**Status:** Read
**Read:** 7/10/18 12:18:11(UTC-4)

    7/10/18 10:17:26(UTC-4)

Source Extraction:
Legacy (2)

---

130

Start Time: 7/8/18 22:29:07(UTC-4)
Last Activity: 7/8/18 22:29:07(UTC-4)
Number of attachments: 0
Source: iMessage: +17703311835
Source Extraction: Legacy (2)
Body file: chat-131.txt

Participants:

    +17703311835
    Kirt Dmytruk* (owner)

    +12815075939

Deleted

---

⊗    +12815075939

Good evening!! Just sent u the new contract and other documents that need your signatures. Pls let me know how I could get the checks- earnest money in favor of great american title for$33,000/- and one check in favor of Aravind S Melligeri fr $100 as option money.
Pls feel free to call if u have any questions.

**Status:** Read
**Read:** 7/8/18 22:35:57(UTC-4)

    7/8/18 22:29:07(UTC-4)

Source Extraction:
Legacy (2)

---

EX. C ISO MOT. TO STRIKE DMYTRUK DECLARATION



**131**

Start Time: 7/8/18 16:18:44(UTC-4)
Last Activity: 7/8/18 16:18:44(UTC-4)
Number of attachments: 0
Source: iMessage: +17703311835
Source Extraction: Legacy (2)
Body file: chat-132.txt

Deleted

Participants:

+17703311835
Kirt Dmytruk* (owner)

+12815075939

---

+12815075939

Excellent! I will send u the new contract!!
**Status:** Read
**Read:** 7/8/18 16:58:04(UTC-4)

7/8/18 16:18:44(UTC-4)

Source Extraction:
Legacy (2)

---

**132**

Start Time: 7/8/18 14:10:56(UTC-4)
Last Activity: 7/8/18 14:10:56(UTC-4)
Number of attachments: 0
Source: iMessage: +17703311835
Source Extraction: Legacy (2)
Body file: chat-133.txt

Deleted

Participants:

+17703311835
Kirt Dmytruk* (owner)

---

+17703311835 Kirt Dmytruk

We will meet at 1,650,000.  Thank you again!!
**Status:** Sent
**Delivered:** 7/8/18 14:10:59(UTC-4)

7/8/18 14:10:56(UTC-4)

Source Extraction:
Legacy (2)

---

**133**

Start Time: 7/7/18 21:05:22(UTC-4)
Last Activity: 7/7/18 21:05:22(UTC-4)
Number of attachments: 0
Source: iMessage: +17703311835
Source Extraction: Legacy (2)
Body file: chat-134.txt

Deleted

Participants:

+17703311835
Kirt Dmytruk* (owner)

---

EX. C ISO MOT. TO STRIKE DMYTRUK DECLARATION





+18328753501 Hemant

Kirt lets meet at 4
We can go to dinner around 630-7

Hope you are showing Houston in a good light to your family
Besides Woodlands you may want to drive around Rice Village and Memorial area

**Status:** Read

**Read:** 6/13/18 13:20:13(UTC-4)

6/13/18 13:20:08(UTC-4)

Source Extraction:
Legacy (2)

| | | |
|---|---|---|
| 214 | **Start Time:** 6/13/18 12:49:55(UTC-4)<br>**Last Activity:** 6/13/18 12:49:55(UTC-4)<br>**Number of attachments:** 0<br>**Source:** iMessage: +17703311835<br>**Source Extraction:** Legacy (2)<br>**Body file:** chat-215.txt<br>**Participants:**<br>+17703311835<br>Kirt Dmytruk* (owner) | Deleted |

+17703311835 Kirt Dmytruk

Perfect, thank you

**Status:** Sent

**Delivered:** 6/13/18 12:49:55(UTC-4)

6/13/18 12:49:55(UTC-4)

Source Extraction:
Legacy (2)

| | | |
|---|---|---|
| 215 | **Start Time:** 6/13/18 11:37:53(UTC-4)<br>**Last Activity:** 6/13/18 11:37:53(UTC-4)<br>**Number of attachments:** 0<br>**Source:** iMessage: +17703311835<br>**Source Extraction:** Legacy (2)<br>**Body file:** chat-216.txt<br>**Participants:**<br>+17703311835<br>Kirt Dmytruk* (owner) | Deleted |

+17703311835 Kirt Dmytruk

GM! We did have a wonderful experience yesterday and I really appreciate you taking the time to show us the homes and share your experiences with us. We don't have a lot of time this morning but I would like to drive by 3 Rambling Spring this morning if possible. No need to stop in but my wife would like to see what the homes in the neighborhood around 3 Rambling look like. Would this be possible? Again, thank you so much, you were wonderful!

**Status:** Sent

**Delivered:** 6/13/18 11:37:54(UTC-4)

6/13/18 11:37:53(UTC-4)

Source Extraction:
Legacy (2)

**216**

**Start Time:** 6/12/18 12:03:25(UTC–4)
**Last Activity:** 6/12/18 12:03:25(UTC–4)
**Number of attachments:** 0
**Source:** iMessage: +17703311835
**Source Extraction:** Legacy (2)
**Body file:** chat-217.txt

Participants:

+17703311835
Kirt Dmytruk* (owner)

Deleted

+17703311835 Kirt Dmytruk

Great, thank you
**Status:** Sent
**Delivered:** 6/12/18 12:03:25(UTC–4)

6/12/18 12:03:25(UTC–4)

Source Extraction:
Legacy (2)

**217**

**Start Time:** 6/12/18 12:03:12(UTC–4)
**Last Activity:** 6/12/18 12:03:12(UTC–4)
**Number of attachments:** 0
**Source:** iMessage: +17703311835
**Source Extraction:** Legacy (2)
**Body file:** chat-218.txt

Participants:

+17703311835
Kirt Dmytruk* (owner)

+12815075939

Deleted

+12815075939

I have already informed the gate. They will ask fr yr drivers license number
**Status:** Read
**Read:** 6/12/18 12:03:16(UTC–4)

6/12/18 12:03:12(UTC–4)

Source Extraction:
Legacy (2)

**218**

**Start Time:** 6/11/18 23:08:05(UTC–4)
**Last Activity:** 6/11/18 23:08:05(UTC–4)
**Number of attachments:** 0
**Source:** iMessage: +17703311835
**Source Extraction:** Legacy (2)
**Body file:** chat-219.txt

Participants:

+17703311835
Kirt Dmytruk* (owner)

Deleted

EX. C ISO MOT. TO STRIKE DMYTRUK DECLARATION

375

**Start Time:** 4/2/18 10:11:12(UTC-4)
**Last Activity:** 4/2/18 10:11:12(UTC-4)
**Number of attachments:** 0
**Source:** iMessage: +17703311835
**Source Extraction:** Legacy (2)
**Body file:** chat-376.txt

Participants:



+17703311835
Kirt Dmytruk* (owner)

+17703311835 Kirt Dmytruk

Hemant, Easter was great, thanks for asking.  I will send you the strategy pro forma figures and contract by the end of the day today.
**Status:** Sent
**Delivered:** 4/2/18 10:17:55(UTC-4)

4/2/18 10:11:12(UTC-4)

Source Extraction:
Legacy (2)

376

**Start Time:** 4/2/18 08:59:52(UTC-4)
**Last Activity:** 4/2/18 08:59:52(UTC-4)
**Number of attachments:** 0
**Source:** iMessage: +17703311835
**Source Extraction:** Legacy (2)
**Body file:** chat-377.txt

Participants:



+17703311835
Kirt Dmytruk* (owner)

+18328753501
Hemant*

+18328753501 Hemant

Kirt hope you a good Easter
As we discussed last week please forward the contract and the strategy
**Status:** Read
**Read:** 4/2/18 10:07:23(UTC-4)

4/2/18 08:59:52(UTC-4)



Source Extraction:
Legacy (2)

377

**Start Time:** 3/30/18 13:10:31(UTC-4)
**Last Activity:** 3/30/18 13:10:31(UTC-4)
**Number of attachments:** 0
**Source:** iMessage: +17703311835
**Source Extraction:** Legacy (2)
**Body file:** chat-378.txt

Participants:



+17703311835
Kirt Dmytruk* (owner)

+19045837757
Jeff Siebenaller*

Deleted

Deleted

Deleted

EX. C ISO MOT. TO STRIKE DMYTRUK DECLARATION



+19045837757 Jeff Siebenaller

Yes
**Status:** Read
**Read:** 3/30/18 15:12:10(UTC-4)

3/30/18 13:10:31(UTC-4)

Source Extraction:
Legacy (2)

| 378 | **Start Time:** 3/30/18 11:44:06(UTC-4)<br>**Last Activity:** 3/30/18 11:44:06(UTC-4)<br>**Number of attachments:** 0<br>**Source:** iMessage: +17703311835<br>**Source Extraction:** Legacy (2)<br>**Body file:** chat-379.txt<br><br>Participants:<br><br>+17703311835<br>Kirt Dmytruk* (owner) | Deleted |

+17703311835 Kirt Dmytruk

You around today?
**Status:** Sent
**Delivered:** 3/30/18 11:44:07(UTC-4)
**Read:** 3/30/18 13:10:25(UTC-4)

3/30/18 11:44:06(UTC-4)

Source Extraction:
Legacy (2)

| 379 | **Start Time:** 3/28/18 12:05:33(UTC-4)<br>**Last Activity:** 3/28/18 12:05:33(UTC-4)<br>**Number of attachments:** 0<br>**Source:** iMessage: +17703311835<br>**Source Extraction:** Legacy (2)<br>**Body file:** chat-380.txt<br><br>Participants:<br><br>+17703311835<br>Kirt Dmytruk* (owner) | Deleted |

+17703311835 Kirt Dmytruk

Sounds good to me, I also have your nylon information.  Theo purchased it but is keeping it outside of the RAVAGO umbrella.  We can discuss.
**Status:** Sent
**Delivered:** 3/28/18 12:05:35(UTC-4)

3/28/18 12:05:33(UTC-4)

Source Extraction:
Legacy (2)

EX. C ISO MOT. TO STRIKE DMYTRUK DECLARATION



380

**Start Time:** 3/28/18 12:02:44(UTC-4)
**Last Activity:** 3/28/18 12:02:44(UTC-4)
**Number of attachments:** 0
**Source:** iMessage: +17703311835
**Source Extraction:** Legacy (2)
**Body file:** chat-381.txt

Deleted

Participants:

+17703311835
Kirt Dmytruk* (owner)

+18328753501
Hemant*

+18328753501 Hemant

Great i will call you at 6pm your time if that works
Who purchased Bamberger?
**Status:** Read
**Read:** 3/28/18 12:02:49(UTC-4)

3/28/18 12:02:44(UTC-4)

Source Extraction:
Legacy (2)

381

**Start Time:** 3/28/18 12:00:00(UTC-4)
**Last Activity:** 3/28/18 12:00:00(UTC-4)
**Number of attachments:** 0
**Source:** iMessage: +17703311835
**Source Extraction:** Legacy (2)
**Body file:** chat-382.txt

Deleted

Participants:

+17703311835
Kirt Dmytruk* (owner)

+17703311835 Kirt Dmytruk

Sure, this evening is fine. I have dinner with Ineos but either before or after is fine.   Did you
hear that Bamberger was purchased?
**Status:** Sent
**Delivered:** 3/28/18 12:00:00(UTC-4)

3/28/18 12:00:00(UTC-4)

Source Extraction:
Legacy (2)

382

**Start Time:** 3/28/18 11:55:42(UTC-4)
**Last Activity:** 3/28/18 11:55:42(UTC-4)
**Number of attachments:** 0
**Source:** iMessage: +17703311835
**Source Extraction:** Legacy (2)
**Body file:** chat-383.txt

Deleted

Participants:

+17703311835
Kirt Dmytruk* (owner)

+18328753501
Hemant*

EX. C ISO MOT. TO STRIKE DMYTRUK DECLARATION

+18328753501 Hemant

Can I call you later?

**Status:** Read
**Read:** 3/28/18 11:58:02(UTC-4)

3/28/18 11:55:42(UTC-4)

Source Extraction:
Legacy (2)

| 383 | **Start Time:** 3/28/18 11:15:13(UTC-4)<br>**Last Activity:** 3/28/18 11:15:13(UTC-4)<br>**Number of attachments:** 0<br>**Source:** iMessage: +17703311835<br>**Source Extraction:** Legacy (2)<br>**Body file:** chat-384.txt<br><br>Participants:<br><br>+17703311835<br>Kirt Dmytruk* (owner)<br><br>+18328753501<br>Hemant* | Deleted |

+18328753501 Hemant

How about this evening?

**Status:** Read
**Read:** 3/28/18 11:58:02(UTC-4)

3/28/18 11:15:13(UTC-4)

Source Extraction:
Legacy (2)

| 384 | **Start Time:** 3/28/18 09:48:13(UTC-4)<br>**Last Activity:** 3/28/18 09:48:13(UTC-4)<br>**Number of attachments:** 0<br>**Source:** iMessage: +17703311835<br>**Source Extraction:** Legacy (1)<br>**Body file:** chat-385.txt<br><br>Participants:<br><br>+17703311835<br>Kirt Dmytruk* (owner)<br><br>+12487016444<br>Brian Ahrens* | Deleted |

+12487016444 Brian Ahrens

**Status:** Unread

3/28/18 09:48:13(UTC-4)

Source Extraction:
Legacy (1)

EX. C ISO MOT. TO STRIKE DMYTRUK DECLARATION